1  JUSTIN J. ZARCONE
   Nevada Bar No. 8735
2  WINNER & SHERROD
   1117 South Rancho Drive
3  Las Vegas, Nevada 89102
   Phone (702) 243-7000
4  Facsimile (702) 243-7059
   jzarcone@winnerfirm.com
5  *Attorneys for Defendant Jae Y. Sunwoo*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LAMONT SLOCUM,<br><br>Plaintiff,<br>vs.<br><br>JAE YOUNG SUNWOO; DOE DRIVER; DOE OWNER; DOES I-X; and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-01640-RFB-BNW<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT'S OBJECTION TO PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM AND NOTICE OF DEPOSITION ON DEFENSE EXPERT WITNESS, JOSEPH J. SCHIFINI AND MOTION FOR PROTECTIVE ORDER** |

PLEASE TAKE NOTICE that the law firm of WINNER & SHERROD, hereby withdraws Defendant's Objection to Plaintiff's Notice of Intent to Serve Subpoena Duces Tecum and Notice of Deposition on Defense Expert Witness, Joseph Schifini and Motion for Protective Order due to the deposition of Joseph Schifini being vacated by Plaintiff's counsel, and hereby vacates the hearing presently set for April 8, 2020 at 10:00 a.m. before the Honorable Judge Brenda Weksler.

DATED this 26th day of March, 2020

Justin J. Zarcone
Nevada Bar No. 8735
Zachary D. Clayton
Nevada Bar No. 13464
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorneys for Defendant*

Page 1 of 2

CERTIFICATE OF SERVICE

I certify that on this 30th day of March, 2020, the foregoing **NOTICE OF WITHDRAWAL OF DEFENDANT'S OBJECTION TO PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA DUCES TECUM AND NOTICE OF DEPOSITION ON DEFENSE EXPERT WITNESS, JOSEPH J. SCHIFINI AND MOTION FOR PROTECTIVE ORDER** was served on the following by [ ] Electronic Service pursuant to NEFR 9 [X] Electronic Filing and Service pursuant to NEFR 9 [ ] hand delivery [ ] overnight delivery [ ] fax [ ] fax and mail [ ] mailing by depositing with the U.S. mail in Las Vegas, Nevada, enclosed in a sealed envelope with first class postage prepaid, addressed as follows:

Leila H. Hale
Hale Injury Law
1661 W. Horizon Ridge Parkway
Suite 200
Henderson, Nevada 89012
*Attorneys for Plaintiff*

/S/ Deanna Duarte
An employee of WINNER & SHERROD

IT IS ORDERED that ECF No. 17 is withdrawn.

IT IS FURTHER ORDERED that the hearing set for 4/8/2020 on ECF No. 17 is vacated.

**IT IS SO ORDERED**

**DATED: March 31, 2020**

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**