**SAO**
MICHAEL C. KANE, ESQ.
Nevada Bar No.: 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No.: 8857
JENNIFER A. PETERSON, ESQ.
Nevada Bar No.:  11242
**THE702FIRM INJURY LAWYERS**
400 South 7th Street, 4th Floor
Las Vegas, Nevada 89101
Telephone:      (702) 776-3333
Facsimile:      (702) 505-9787
*E-Mail:          service@the702firm.com*
and

LEILA HALE, ESQ.
Nevada Bar No.:  7368
**HALE INJURY LAW**
1661 West Horizon Ridge Parkway, Suite 200
Henderson, Nevada 89012
Telephone:      (702) 736-5800
Facsimile:      (702) 534-4655
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RUSSELL LAMONT SLOCUM,<br><br>                    Plaintiff,<br><br>vs.<br><br>JAE   YOUNG   SUNWOO;   DOE<br>DRIVER; DOE OWNER; DOES I-X; and<br>ROE ENTITIES I-X, inclusive,<br><br>                    Defendants. | Case No. :      2:19-CV-01640-RFB-BNW |

### STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

**IT IS HEREBY STIPULATED** by and between the parties hereto, Plaintiff, RUSSELL

LAMONT SLOCUM, by and through his undersigned counsel, THE 702 FIRM, and Defendant,

JAE YOUNG SUNWOO, by and through his undersigned counsel of record, WINNER &

SHERROD, that the briefing schedule, regarding Defendant's Motion for Partial Summary

Judgment Regarding Plaintiff's Negligence Per Se Action Pursuant to NRS 484C.110 and Claim

for Punitive Damages, will be modified.  The parties, through their undersigned counsel, hereby

stipulate and agree as follows:

WHEREAS, on September 10, 2020, Defendant filed their Motion for Partial Summary Judgment Regarding Plaintiff's Negligence Per Se Action Pursuant to NRS 484C.110 and Claim for Punitive Damages ("Motion");

WHEREAS, on September 29, 2020, Plaintiff's Counsel filed a Notice of Association of Counsel, confirming the association of Michael C. Kane, Esq. of THE702Firm.

WHEREAS, Plaintiff's counsel, upon receipt of the file and review of the deadlines, determined Plaintiff's Opposition to be due on September 30, 2020.

WHEREAS, on September 29, 2020, Plaintiff's counsel immediately contacted defense counsel seeking an agreement to modify the briefing schedule for their Motion accordingly;

WHEREAS, Plaintiff needs time to prepare their opposition to the Motion;

NOW, therefore, the parties hereby STIPULATE that Plaintiff's Opposition to Defendant's Motion for Partial Summary Judgment Regarding Plaintiff's Negligence Per Se Action Pursuant to NRS 484C.110 and Claim for Punitive Damages will be due October 7, 2020.

**IT IS SO STIPULATED**.

DATED this 29th day of September, 2020.        DATED this 29th day of September, 2020.

THE702FIRM                                      WINNER & SHERROD

*/s/ Michael C. Kane*                           */s/ Justin Zarcone*

_____                _____
MICHAEL C. KANE, ESQ.                           JUSTIN J. ZARCONE, ESQ.
Nevada Bar No.: 10096                           Nevada Bar No.: 8735
BRADLEY J. MYERS, ESQ.                          ZACHARY CLAYTON, ESQ.
Nevada Bar No.: 8857                            Nevada Bar No.: 13464
JENNIFER A. PETERSON, ESQ.                      INKU NAM, ESQ.
Nevada Bar No.:  11242                          Nevada Bar No.:  12050
*Attorneys for Plaintiff*                       *Attorneys for Defendant*
*RUSSELL LAMONT SLOCUM*                          *JAE YOUNG SUNWOO*


IT IS SO ORDERED this 30th day of ___September___, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE